Case: 1:26-mj-000149
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/26/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On August 23, 2026, at approximately 10:22 p.m., investigators with the Metropolitan Police Department ("MPD") were on patrol in the parking lot of the [redacted].

2. While on foot, MPD Investigator Robert Marsh observed a parked 2023 Nissan Versa bearing [redacted] with a single occupant, later identified as Antwoine GLOVER [redacted], in the front passenger seat. From the outside of the vehicle, Investigator Marsh looked through the windshield with a flashlight and observed that GLOVER appeared to be asleep in the passenger seat of the vehicle with, visible in plain view, a firearm on his lap.

3. Investigator Marsh communicated his observations to other officers, who joined him outside of the vehicle. MPD officers opened the unlocked driver's door and were able to unlock the rest of the vehicle.

4. Once unlocked, MPD officers opened the front passenger side door, removed the firearm from GLOVER's lap, *see* Figure 1, and removed GLOVER from the vehicle. The firearm was a Glock 20Gen4, 10mm semi-automatic handgun, bearing serial number [redacted]. The firearm was loaded with one round in the chamber and 15 rounds in a 15-round capacity magazine.




*Figure 1: Firearm Being Removed from GLOVER's lap*

5. A search of the vehicle revealed two unlabeled prescription pill bottles in the front driver's side door panel. The first pill bottle contained 69 round white pills marked RP 10 325 (suspected Oxycodone), three round white pills labeled 512 (suspected Oxycodone), and three round yellow pills marked 230 (suspected Oxycodone). The second pill bottle contained 89 blue oval pills labeled Y 20 (suspected Alprazolam).

6. On June 21, 2022, GLOVER was convicted of Felon in Possession of a Firearm and Ammunition in the District of Maryland in case Number 8:21-CR-225; he was sentenced to a period of 48 months of incarceration. As a result, GLOVER was aware that he had been previously convicted of a crime punishable by one year of incarceration.

7. No firearms or ammunition manufacturers are located within the District of Columbia; accordingly, the Glock 20Gen4 and ammunition recovered from GLOVER's lap necessarily traveled in and affected interstate commerce.

8. Based on the foregoing, there is probable cause to conclude that, on or about August 23, 2026, in the District of Columbia, **ANTWOINE GLOVER** committed the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

Eddy Suarez
Police Officer
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, the 26th day of August 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE